**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>BYRON CHRISTMAS, ET. AL.,<br>    V.<br>CITY OF CHICAGO, ET. AL. | Case Number:<br>FILED: AUGUST 17, 2008<br>08CV4675<br>JUDGE MANNING<br>MAGISTRATE JUDGE MASON<br>JH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
BYRON CHRISTMAS, TIFFANY BANKS, AND JANE DOE, PLAINTIFFS.

| NAME (Type or print) |
|---|
| Christopher R. Smith |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Christopher R. Smith |

| FIRM |
|---|
| A Law Office of Christopher R. Smith |

| STREET ADDRESS |
|---|
| 119 N. Peoria, Suite 3a |

| CITY/STATE/ZIP |
|---|
| Chicago/IL/60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6201953 | 312.432.0400 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐