# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

BYRON CHRISTMAS, ET. AL.,

V.

CITY OF CHICAGO, ET. AL.

Case Number:
FILED: AUGUST 17, 2008
08CV4675
JUDGE MANNING
MAGISTRATE JUDGE MASON
JH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BYRON CHRISTMAS, TIFFANY BANKS, AND JANE DOE, PLAINTIFFS.

| |
|---|
| NAME (Type or print) <br> James M. Baranyk |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James M. Baranyk |
| FIRM <br> A Law Office of Christopher R. Smith |
| STREET ADDRESS <br> 119 N. Peoria, Suite 3a |
| CITY/STATE/ZIP <br> Chicago/IL/60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6292337 | TELEPHONE NUMBER <br> 312.432.0400 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐