## United States District Court for the Northern District of Illinois

Case Number: 08CV4675        Assigned/Issued By: DAJ

Judge Name: MANNING        Designated Magistrate Judge: MASON

### FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other _____
             [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00            Receipt #: 3026692

Date Payment Rec'd: 08/17/08   Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                         _____
                                         _____
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

7  Original and  0  copies on  08/17/08  as to  DEF'S. _____
                                  (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05